**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7975**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

GARY C. CROUCH,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge. (CR-
91-397, CA-94-3237-3-19BC, CR-91-310)

_____

Submitted: April 15, 1996          Decided: April 30, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary C. Crouch, Appellant Pro Se.  Marshall Prince, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Crouch</u>, Nos. CR-91-397; CR-91-310; CA-94-3237-3-19BC (D.S.C. Oct. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>